# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 10-01018-JVS(MLGx) | Date | July 23, 2010 |
| Title | Adam Aaron Rozek v. Federal Bureau of Investigation | | |

Present: The Honorable  James V. Selna

| Julie Barrera | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

Not Present  Not Present

**Proceedings:** (IN CHAMBERS) Order Continuing Defendant's Motion to Dismiss (Fld 7/12/10)

    The Court, on its own motion, hereby continues Defendant's Motion to Dismiss to Monday, August 23, 2010 at 10:00 a.m.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | jb |