JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Adam Aaron Rozek, | ) | SACV 10-1018-JVS(MLGx) |
| Plaintiff, | ) ) ) | ORDER OF DISMISSAL FOR |
| v. | ) ) | LACK OF PROSECUTION |
| Federal Bureau of Investigation, | ) ) ) ) | |
| Defendants. | ) | |

The Court having issued an Order to Show Cause on **October 12, 2010** as to why this action should not be dismissed for lack of prosecution, with a written response due on **October 18, 2010** and an appearance due that same date, and no response or appearance having been made,

IT IS HEREBY ORDERED that this action is dismissed for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(a)(2).

DATED: October 22, 2010

_____
James V. Selna
United States District Judge